LOUIS V. MULLIN AND JOHN P. MULLIN, PARTNERS, DOING BUSINESS AS L. V. MULLIN & SONS, PLAINTIFFS-APPELLANTS, v. ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF MILLBURN, *ET AL.*, DEFENDANTS-RESPONDENTS, AND CONGREGATION B'NAI ISRAEL OF MILLBURN, N. J., A RELIGIOUS CORPORATION, DEFENDANT-INTERVENOR-RESPONDENT.

Argued March 29, 1965—Decided April 12, 1965.

*Mr. Milton M. Breitman* argued the cause for appellants (*Messrs. Levy, McCloskey, Schlesinger & Tischler,* attorneys).

*Mr. Louis Bort* and *Mr. Harold M. Kain* argued the cause for respondents.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Sullivan in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN —7.

*For reversal*—None.